Steven S. Soliman (285049)
**THE SOLIMAN FIRM**
245 Fischer Avenue, Ste. D-1
Costa Mesa, CA 92626
Telephone: 714-491-4111
Fax: 714-491-4111
ssoliman@thesolimanfirm.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS WHEELER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>NEWPORT RIB COMPANY, INC.,<br><br>Defendant. | Case No. 2:19-cv-08777-CJC-GJS<br><br>**NOTICE OF DISMISSAL OF ACTION WITH PREJUDICE AS TO PLAINTIFF AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS** |

    NOW COMES THE PLAINTIFF by and through his attorneys to respectfully move this Honorable Court to dismiss this matter with prejudice as to his individual claims and without prejudice as to the putative Class pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). No Defendant has filed either an answer or a motion for summary judgment at this time, and no Court order is necessary pursuant to the Fed. R. Civ. P..

    Respectfully submitted this 20th Day of February, 2020,

                                         By: s/Steven Soliman, Esq.
                                            STEVEN S. SOLIMAN
                                            Attorney for Plaintiff

Filed electronically on this 20th Day of February, 2020, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Cormac J. Carney
United States District Court
Central District of California

This 20th Day of February, 2020.

s/Steven Soliman, Esq.
STEVEN S. SOLIMAN